■ MICHAEL SCHMIDT, Respondent, v ZBIGNIEW WIKIERT et al., Defendants, and LOIS M. ROSENBLATT, as Public Administrator of the Estate of LEON KRZEWINA, Deceased, Appellant. [996 NYS2d 919]—

In an action to recover damages for personal injuries, the defendant Lois M. Rosenblatt, as Public Administrator for the estate of Leon Krzewina, appeals, as limited by her brief, from so much of an order of the Supreme Court, Queens County (McDonald, J.), entered September 10, 2013, as, upon reargument, adhered to an original determination dated March 14, 2013, denying her motion for summary judgment dismissing the complaint insofar as asserted against her.

Ordered that the order is affirmed insofar as appealed from, with costs.

Upon reargument, the Supreme Court properly adhered to its original determination denying the motion of the defendant Lois M. Rosenblatt, as Public Administrator for the estate of

Leon Krzewina (hereinafter the appellant), for summary judgment dismissing the complaint insofar as asserted against her. The appellant failed to establish her prima facie entitlement to judgment as a matter of law (*see Lipco Elec. Corp. v ASG Consulting Corp.*, 117 AD3d 688, 689 [2014]; *Rahman v Smith*, 40 AD3d 613 [2007]; *Wheeler v Citizens Telecom. Co. of N.Y., Inc.*, 18 AD3d 1002, 1005 [2005]; *cf. Kosturek v Kosturek*, 107 AD3d 762, 763 [2013]). Accordingly, we need not review the sufficiency of the plaintiff's opposition papers (*see Winegrad v New York Univ. Med. Ctr.*, 64 NY2d 851, 853 [1985]). Mastro, J.P., Roman, Miller and Maltese, JJ., concur.